BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2758

**FILED**

JUL 2 3 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) <br> ) <br> 470 W. Larch Road, Suite 1, ) <br> Tracy, CA. ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> _____ ) | S.W. NO. 12-SW-229-GGH <br><br> [PROPOSED] ORDER <br> FOR UNSEALING WARRANT AND <br> SEARCH WARRANT AFFIDAVIT |

The government's request to unseal the Search Warrant and this case is GRANTED.

SO ORDERED:

DATED: July 20 , 2012

HON. KENDALL J. NEWMAN
U.S. Magistrate Judge